# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-2780
_____

SEAN WEBKING,

Petitioner,

v.

EMILY NORWOOD F.K.A.
Webking,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 7, 2022

PER CURIAM.

DISMISSED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sean Webking, pro se, Petitioner.

No appearance for Respondent.